103 P.3d 965

# SUPREME COURT OF HAWAI'I

Child Support Enforcement Agency
v. Doe ........................ 25428    01/12/2005    Dismissed    —— Hawai'i ——,
                                                                  —— P.3d ——

Higashi v. Higashi ............... 25354    01/13/2005    Denied    106 Hawai'i 228,
                                                                   103 P.3d 388

Liftee v. Boyer .................. 23760    01/14/2005    Granted    106 Hawai'i 296,
                                                                    103 P.3d 965